

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

To:        CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtors:   VIRGILIO M PAYUMO & LESLIE F PAYUMO
           16860 CHATSWORTH STREET
           #205
           GRANADA HILLS, CA 91344

Case No.:  SV08-19732-VK

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| VIRGILIO M PAYUMO & LESLIE F PAYUMO<br>16860 CHATSWORTH STREET<br>#205<br>GRANADA HILLS, CA 91344 | $90.75 |

Dated:  April 29, 2011                             _____
                                                   Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CHAPTER 13 BANKRUPTCY

Check No.: 0829668
Check Date: 04/20/2011
Check Amt: 90.75

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0819732 | Claim #: 00000 | VIRGILIO M PAYUMO<br>LESLIE F PAYUMO | | 0.00 | 0.00 | 90.75 | 90.75 |
| | | | TOTALS | 0.00 | 0.00 | 90.75 | 90.75 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: Apr 20, 2011
CHECK NO.: 0829668

CHECK AMOUNT
$**********90.75

VOID AFTER 60 DAYS

PAYUMO, VIRGILIO M

Case No: 0819732

PAY ONLY  NINE ZERO PERIOD SEVEN FIVE

PAY TO THE ORDER OF   CLK US BANKRUPTCY CT

VOID OVER $90.75          *Elizabeth F Rojas*